# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **Megan Lynne Brown Cramer,** | ) | **Case No.: 09-14939-RGM** |
| | ) | **(Chapter 7)** |
| Debtor. | ) | |
| | ) | |
| **Frank E. Brown, Jr.,** | ) | **Adv. Proc. No. : 09-01415-RGM** |
| and | ) | |
| **Wendy E. Brown,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **Megan Lynne Brown Cramer,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER MODIFYING SCHEDULING ORDER AND TRIAL DATE

UPON CONSIDERATION of the Motion to Modify Scheduling Order and Trial Date ("Motion") filed by Ronald J. Aiani, Esquire on behalf of Defendant Megan Cramer and following a hearing held on August 24, 2010, it is hereby

ORDERED that the deadline for filing a motion seeking to amend Defendant's *pro se* Answer shall be filed on or before August 31, 2010; and it is further

ORDERED that the deadline for the completion of all discovery shall be extended to October 29, 2010; and it is further

ORDERED that the deadline for filing trial exhibits and witness lists shall be extended to November 8, 2010; and it is further

ORDERED that the deadline for objecting to trial exhibits and witness lists shall be

extended to November 15, 2010; and it is further

ORDERED that trial in this case shall be held on November 18, 2010; and it is further

ORDERED that all other provisions contained in the Court's Final Pre-Trial Order entered on June 16, 2010 shall remain in full force.

Date: _____   _____
Robert G. Mayer
United States Bankruptcy Judge

Entered on Docket: _____

WE ASK FOR THIS:

 /s/ Ronald J. Aiani
Ronald J. Aiani, Esq. (VSB #32085)
Ronald J. Aiani, P.C.
86 East Lee Street
Warrenton, VA  20186
(540) 347-5295

SEEN AND, OVER OBJECTION, AGREED AS TO FORM:

/s/William M. Cusmano
William M. Cusmano, Esq. (VSB #26713)
William M. Cusmano, P.C.
2000 N. 14th St., #210
Arlington, VA 22201

### CERTIFICATION UNDER LOCAL RULE 9022-1(C)(1)

I hereby certify that a copy of this Order has been served on all necessary parties, by email, to the following:

William M. Cusmano, Esq.
wcusmano@aol.com

 /s/ Ronald J. Aiani
Ronald J. Aiani

**PARTIES TO RECEIVE COPIES:**

Ronald J. Aiani, Esq.
Ronald J. Aiani, P.C.

86 East Lee Street
Warrenton, VA  20186

William M. Cusmano, Esq.
William M. Cusmano, P.C.
2000 N. 14th St., #210
Arlington, VA 22201